UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS L. D'AQUIN** | **CIVIL ACTION** |
| **VERSUS** | **NO:   15-2637** |
| **LEON RODRIGUEZ, ET AL** | **SECTION: "N" (4)** |

## ORDER

Before the Court is a **Motion for Issuance of Subpoena (R. Doc. 22)** filed by Plaintiff seeking an order from the Court to issue a subpoena to the United States Citizenship and Immigration Services New Orleans Office for its employee records. The motion is opposed. R. Doc. 24. As an initial matter, this request comes before any 26(f) discovery conference has been held. R. Doc. 24, p. 1. As such, the request to issue a subpoena under Federal Rule of Civil Procedure 45 is premature. Fed. R. Civ. P. 26(6)(1) ("A party may not seek discovery form any source before the parties have conferred as required by Rule 26(f). . ."); *see also Lewis v. Fed. Reserve Bank of Atlanta-New Orleans Branch*, No. 04-1452, 2004 WL 1170115, at *2 (E.D. La. Aug. 5, 2004) ("discovery cannot be had from any source until after the parties have participated in a Rule 26(f) conference").[1]

Accordingly,

**IT IS ORDERED** that the Plaintiff's **Motion for Issuance of Subpoena (R. Doc. 22)** is **DENIED.**

New Orleans, Louisiana, this 20th day of September 2016.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court notes that the Plaintiff has not propounded a request under Rule 34, which may be served "[m]ore than 21 days after the summons and complaint are served on a party." Fed. R. Civ. P. 26(d)(2)(A).